EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por Motivo de concesión de los días 24 de marzo, 29 de julio, 25 de noviembre, 30 de diciembre de 2016 y el 5 de enero de 2017 | 2015 TSPR 176<br><br>194 DPR ____ |

Número del Caso: EM-2015-8

Fecha: 28 de diciembre de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Extensión de términos por
Motivo de concesión de los
días 24 de marzo, 29 de
julio, 25 de noviembre,          EM-2015-8
30 de diciembre de 2016 y
el 5 de enero de 2017

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de diciembre de 2015.

La Jueza Presidenta, Hon. Liana Fiol Matta, emitió la Orden Administrativa OA-JP-2015-056, de 14 de diciembre de 2015 para enmendar la Orden Administrativa OAJP-2014-006, de 7 de julio de 2014 que establece un plan de medidas de control de gastos para el Año Fiscal 2014-2015. Como parte de las enmiendas contenidas en la Orden Administrativa OA-JP-2015-056, se decreta el cierre total de los tribunales en las siguientes fechas:

24 de marzo de 2016

29 de julio de 2016

25 de noviembre de 2016

30 de diciembre de 2016

5 de enero de 2017

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, se dispone que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará

lo dispuesto por los Arts. 388 y 389 del Código Político del 1902, 1 L.P.R.A secs. 72 y 73, y se considerarán dichos días como días feriados. Cualquier término a vencer durante esos días, se extenderá hasta el próximo día laborable de cada fecha.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo